# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  Maurice Hood

)        17 B 37562
)
Debtor(s)        )        Judge A. Benjamin Goldgar

### *NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

Maurice Hood                        David M Siegel
2700 Mark Avenue                    790 Chaddick Dr
Zion, IL  60099                     Wheeling, IL  60090

Please take notice that on January 5, 2018, at 10:00 a.m., a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar or any other Bankruptcy Judge who may preside in his place and stead, at North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL  60073 and present this motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, Illinois 60532 and to all other listed parties electronically via the Court's CM/ECF system on December 20, 2017.

/s/ Glenn Stearns
For Glenn Stearns, Trustee

### MOTION TO DISMISS AND REQUEST FOR A 180 DAY BAR TO REFILING

Now Comes Glenn Stearns, Chapter 13 Trustee, requesting dismissal of the above case with a 180 Day bar to Refiling pursuant to 11 U.S.C. Sections 109(g), 1307(c)(6) and 349(a) and in support thereof, states the following:

1. On December 20, 2017 the debtor filed a petition under Chapter 13.

2. This is the debtor's seventh Chapter 13 filing in six years.

3. A synopsis of the debtor's relevant filing history is shown below.

| Case | Filed | Outcome |
|---|---|---|
| 11 B 46301 | 11/15/2011 | Dismissed without confirmation. |
| 12 B 24561 | 6/19/2012 | Dismissed without confirmation. |
| 13 B 00913 | 1/10/2013 | Dismissed without confirmation, with 180 day bar. |
| 13 B 46339 | 12/2/2013 | Dismissed without confirmation, with 180 day bar. |
| 15 B 05144 | 2/17/2015 | Converted to Chapter 7 after confirmation. |
| 16 B 20984 | 6/28/2016 | Dismissed after confirmation, with 180 day bar. |

4. The debtor's prior case was dismissed with a 180 day bar to refiling on June 30, 2017. The bar period expires December 26, 2017.

5. Every one of the above cases was filed by the law firm of David M. Siegel.

6. The debtor filed the instant case in violation of the bar order entered on June 30, 2017.

7. The debtor is not eligible for Chapter 13 relief.

8. The debtor's failure to comply with the Bankruptcy Code by filing his seventh case in six years in wanton disregard for this court's June 30, 2017 order demonstrates that the debtor has filed this case in bad faith and has no ability or intention to complete a Chapter 13 plan.

9. Section 349(a) allows a bankruptcy court to bar future filings if cause exists to do so.

10. Dismissal with prejudice is proper for bad faith, serial filing cases. In re Standfield, 152 B. R. 528 (Bankr. N.D. Ill 1993). In re Herrera, 194 B.R. 178 (Bankr. N.D. Ill 1996).

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to Section 1307 (c) and the debtor barred from filing any other bankruptcy case for 180 days pursuant to Sections 109 (g) and 349(a), and for such other and further relief as this court deems proper.

Respectfully Submitted;
Glenn Stearns, Trustee


/S/ Glenn Stearns
By: Glenn Stearns


Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
(630) 981 3888